1 | **CAREY D. GORDEN**
California State Bar No. 236251
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: carey_gorden@fd.org

5 | Attorneys for Hector Sanchez

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE LOUISA S. PORTER)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07MJ2565 |
| Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| HECTOR SANCHEZ, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov; and

Wayne Charles Mayer
wcmayer@aol.com

Respectfully submitted,

DATED:    November 1, 2007    /s/ Carey D. Gorden
**CAREY D. GORDEN**
Federal Defenders of San Diego, Inc.
Attorneys for Hector Sanchez