RECEIVED

2007 NOV -2 A 11:16

U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 07MJ2565 |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Hector Sanchez | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

T/N Nateras Guilen
Ana Rosa Cadenas Gomez

DATED: 11/02/07

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
            DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy Clerk

CLERK'S OFFICE COPY              ☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95