AO 455 (Rev. 5/85)  Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN  DISTRICT OF CALIFORNIA

**FILED**

NOV **1 5** 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES OF AMERICA

v.

HECTOR SANCHEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR 3081 -BTM

I, HECTOR SANCHEZ, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony).

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 11/15/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x _Hector Sanchez_
Defendant

_Cary Gore_
Defense Counsel

Before _____
       Judicial Officer